1  SHARON L. ANDERSON (SBN 94814)
   County Counsel
2  D. CAMERON BAKER (SBN 154432)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, Ninth Floor
4  Martinez, California 94553
   Telephone:   (925) 335-1800
5  Facsimile:    (925) 335-1866
   Electronic Mail: cameron.baker@cc.cccounty.us
6
   Attorneys for Defendants
7  COUNTY OF CONTRA COSTA and
   SHERIFF DAVID LIVINGSTON
8

9              UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND BRANCH

12

| | |
|---|---|
| HASAN ARDA AKSU,<br><br>            Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA,<br>SUZANNE PORTER, TERRENCE<br>THOMPSON, CHRISTOPHER BUTLER,<br>BENNY CHETCUTI, JR., STEPHEN<br>TANABE, SHERIFF DAVID<br>LIVINGSTON and DOES ONE TO FIFTY,<br>inclusive,<br><br>            Defendants. | Case No.  C12-4268 EMC<br><br>STIPULATION AND [PROPOSED] ORDER<br>RE DISMISSAL OF SHERIFF DAVID<br>LIVINGSTON AND DISMISSAL OF<br>CERTAIN CLAIMS AS TO DEFENDANTS<br>COUNTY OF CONTRA COSTA AND<br>STEPHEN TANABE<br><br>Judge:   The Honorable Edward C. Chen<br>Crtrm:   5, 17th Floor, San Francisco |

        The following Stipulation is entered between plaintiff Hasan Arda Aksu and defendants

County of Contra Costa and Sheriff David Livingston by and through their attorneys of record.

        1.      Plaintiff dismisses his Fifth Cause of Action (Unconstitutional Hiring of Deputy

Tanabe) and his Sixth Cause of Action (Unconstitutional Policy and Practice (*Monell-*

*Adickes*)) **without prejudice**.

        2.      Plaintiff dismisses his Eleventh Cause of Action (Negligent Hiring of Deputy

Tanabe) **with prejudice.**

///

Stipulation and [Proposed] Order re Dismissal Of Sheriff Livingston and Dismissal of Certain Claims
as to Defendants County of Contra Costa and Tanabe - Case No. C12-4268 EMC

1

3.      Plaintiff has asserted a number of state law claims against defendant County of Contra Costa and its former employee, defendant Stephen Tanabe, specifically the Seventh through Tenth Causes of Action.  Plaintiff dismisses **with prejudice** each of these state law claims as to defendants County of Contra Costa and Tanabe.

4.      Plaintiff dismisses defendant Sheriff David Livingston **without prejudice** as a party from the above-entitled action.

5.      In exchange for the dismissals in paragraphs 1, 2 and 4 above, defendant Sheriff David Livingston waives any costs or fees to date arising from this action.

6.      In exchange for the dismissals in paragraphs 1, 2 and 3 above, defendant County of Contra Costa waives any costs or fees to date relating solely to the claims dismissed pursuant to this Stipulation.

Dated: October 22, 2012                THE GEARINGER LAW GROUP


By: /s/ Brian Gearinger
                                          BRIAN GEARINGER
                                          Attorneys for Plaintiff
                                          Hasan Arda Aksu

Dated: October 22, 2012                SHARON L. ANDERSON, County Counsel


By: _____/s/_____
                                          D. CAMERON BAKER
                                          Deputy County Counsel
                                          Attorneys for Defendants
                                          COUNTY OF CONTRA COSTA
                                          SHERIFF DAVID LIVINGSTON

Stipulation and [Proposed] Order re Dismissal Of Sheriff Livingston and Dismissal of Certain Claims as to Defendants County of Contra Costa and Tanabe - Case No. C12-4268 EMC

2

1

## <u>ORDER</u>

2      PURSUANT TO STIPULATION, IT IS ORDERED as follows:

3      1.  Plaintiff's Fifth Cause of Action and his Sixth Cause of Action are dismissed

4  **without prejudice**.

5      2.  Plaintiff's Seventh through Tenth Causes of Action are dismissed **with prejudice** as

6  to defendants County of Contra Costa and Tanabe.

7      3.  Plaintiff's Eleventh Cause of Action is dismissed **with prejudice.**

8      4.  Sheriff David Livingston is dismissed **without prejudice** as a party to this action.

9

10  Dated:_____10/26_____, 2012



11      THE HONORABLE EDWARD M. CHEN
        United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and [Proposed] Order re Dismissal Of Sheriff Livingston and Dismissal of Certain Claims
as to Defendants County of Contra Costa and Tanabe - Case No. C12-4268 EMC

3