1

2

3

**GEARINGER LAW GROUP**
825 VAN NESS AVENUE, 4TH FLOOR
SAN FRANCISCO, CALIFORNIA
94109-7847
Tel. (415) 440-3102

4

5

BRIAN GEARINGER (State Bar #146125)
ALLISON B. FRIEDMAN (STATE BAR #236384)

6

**LAW OFFICES OF CASPER,
MEADOWS, SCHWARTZ & COOK**

7

8

2121 N. CALIFORNIA BLVD., SUITE 1020
WALNUT CREEK, CALIFORNIA
94596-7333
Tel. (925) 947-1147

9

ANDREW C. SCHWARTZ (State Bar #64578)

10

Attorneys for Plaintiff HASAN ARDA AKSU

11

12

IN THE UNITED STATES DISTRICT COURT

13

FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15

16

17

HASAN ARDA AKSU,

Plaintiff,

v.

18

19

20

21

22

COUNTY OF CONTRA COSTA,
SUZANNE PORTER, TERRENCE
THOMPSON, CHRISTOPHER BUTLER,
BENNY CHETCUTI, JR., STEPHEN
TANABE and DOES ONE to FIFTY,
inclusive.

Defendants.

Case No. C 12-4268 CRB

**STIPULATION AND ORDER FOR
DISMISSAL WITH PREJUDICE**
[F.R.C.P. RULE 41(a)(1)(A)(ii)]

Date Action Filed: December 1, 2011
Trial Date: Not set.

23

24

25

IT IS HEREBY STIPULATED by and between all parties, through their designated

counsel, as follows:

26

**STIPULATION**

27

28

Plaintiff Mitchell Katz ("Plaintiff") and Defendant County of Contra Costa, by and

through their attorneys of record, hereby stipulate as follows:   Plaintiff's First Amended

1

1  Complaint, including all causes of action asserted therein, is dismissed with prejudice as to

2  Defendant County of Contra Costa only, pursuant to Federal Rule of Civil Procedure

3  41(a)(1)(A)(ii). Plaintiff and Defendant County of Contra Costa will bear their own attorneys'

4  fees and costs in connection with this action.

5       **IT IS SO STIPULATED.**

6  Dated:  June 24, 2014          GEARINGER LAW GROUP

7

8                                By: /s/ Brian Gearinger
                                  BRIAN GEARINGER
9                                 Attorneys for Plaintiff HASAN ARDA AKSU

10

11 Dated:  June 24, 2014          OFFICE OF THE COUNTY COUNSEL OF
                                  CONTRA COSTA
12

13                               By:    /s/ D. Cameron Baker
                                  D. CAMERON BAKER
14                                Attorneys for Defendants
                                  COUNTY OF CONTRA COSTA
15

16 Dated:  June 24, 2014          EDRINGTON, SCHIRMER & MURPHY LLP

17

18                               By:    /s/ Keith R. Schirmer
                                  PETER P. EDRINGTON
19                                KEITH R. SCHIRMER
                                  Attorneys for Defendant
20                                STEPHEN TANABE

21

22 Dated:  June 24, 2014          STEELE, GEORGE, SCHOFIELD &
                                  RAMOS, LLP
23

24                               By:    /s/ Geoffrey Wm. Steele
                                  GEOFFREY WM. STEELE
25                                Attorneys for Defendants
                                  BENNY CHETCUTI, JR. and CHRISTOPHER
26                                BUTLER

27

28

Dated:  June 24, 2014                    SINUNU BRUNI LLP


By: ___/s/ James N. Sinunu_____
JAMES N. SINUNU
Attorneys for Defendants SUZANNE PORTER and
TERRENCE THOMPSON

1

**IT IS ORDERED AS FOLLOWS:**

2

Pursuant to the above Stipulation, Plaintiff's First Amended Complaint, including all

3

causes of action asserted therein,  is dismissed with prejudice as to Defendant County of Contra

4

Costa only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff and Defendant

5

County of Contra Costa will bear their own attorneys' fees and costs in connection with this

6

action.

7

8

Dated:  June 30, 2014                    By: _____



9
     THE HONORABLE _____ YER

10
     United ____

IT IS SO ORDERED

Judge Charles R. Breyer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28