KEITH R. SCHIRMER, Esq. (087691)
JULIA LEVITSKAIA, Esq. (286042)
EDRINGTON, SCHIRMER & MURPHY LLP
2300 Contra Costa Boulevard, Suite 450
Pleasant Hill, CA  94523-3936
Telephone:  (925) 827-3300
Facsimile:  (925) 827-3320
*Attorneys for Defendant STEPHEN TANABE*

Brian Gearinger, Esq.
R. Stephen M. Laroe, Esq.
GEARINGER LAW GROUP
825 Van Ness Avenue, 4th Floor
San Francisco, CA  94109-7847
Telephone:  (415) 440-3102
*Attorneys for Plaintiff*

Andrew C. Schwartz, Esq.
LAW OFFICES OF CASPER, MEADOWS,
  SCHWARTZ & COOK
2121 N. California Blvd., Suite 1020
Walnut Creek, CA  94596-7333
Telephone: 925-947-1147
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN ARDA AKSU, | CASE NO.: C12-4268 CRB |
| Plaintiff, | Order |
| vs. | **STIPULATED REQUEST FOR ORDER CHANGING TIME OF BRIEFING SCHEDULE FOR DEFENDANT TANABE'S MOTION FOR PROTECTIVE ORDER** |
| COUNTY OF CONTRA COSTA, SUZANNE PORTER, TERRENCE THOMPSON, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., STEPHEN TANABE, SHERIFF DAVID LIVINGSTON and DOES ONE to FIFTY, inclusive, | Date:       **October 10, 2014**<br>Time:       **10:00 a.m.**<br>Location:  **Courtroom 6**<br>                  **450 Golden Gate Avenue** |
| Defendants. | **San Francisco, CA**<br>Judge:      **Hon. Charles R. Breyer** |

Pursuant to Civil Local Rule 6-2, the parties, plaintiff HASAN ARDA AKSU, and defendant STEPHEN TANABE, by and through their respective counsel, hereby stipulate that plaintiff's time to file their opposition to defendant's Motion for Protective Order Restricting

1

**STIPULATED REQUEST FOR ORDER CHANGING TIME OF BRIEFING SCHEDULE FOR DEFENDANT TANABE'S MOTION FOR PROTECTIVE ORDER**

1  Disclosure of Confidential, Private and Sensitive Information (re-filed on August 19, 2014)
2  currently due September 2, 2014, is hereby extended to September 19, 2014; and, defendant's
3  reply to plaintiff's opposition is likewise extended to be due September 26, 2014, for the
4  following reason:  parties are presently engaged in efforts to resolve their discovery dispute by
5  stipulation.  Granting an extension of time for the parties to file their responsive briefs will
6  provide the parties additional time to review the records in dispute and determine whether a
7  stipulation regarding the records' confidentiality may be reached, if at all.  The proposed
8  extension of time will not alter this court's hearing date on defendant's Motion for Protective
9  Order Restricting Disclosure of Confidential, Private and Sensitive Information if no stipulation
10 is reached.

11        IT IS SO STIPULATED.

12 DATED:  August 22, 2014                    EDRINGTON, SCHIRMER & MURPHY LLP

14                                            _____/s/_____
                                              Keith R. Schirmer

17 DATED:  August 22, 2014                    GEARINGER LAW GROUP

19                                            _____/s/_____
                                              Brian Gearinger

21 DATED:  August 22, 2014                    LAW OFFICES OF CASPER, MEADOWS,
22                                            SCHWARTZ & COOK

23                                            _____/s/_____
                                              Andrew C. Schwartz

26 IT IS SO ORDERED.

27 Date: August 25, 2014                      _____
                                              JUDGE OF THE DISTRICT COURT

2

**STIPULATED REQUEST FOR ORDER CHANGING TIME OF BRIEFING SCHEDULE FOR DEFENDANT TANABE'S MOTION FOR PROTECTIVE ORDER**