**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HASAN ARDA AKSU,

    Plaintiff,

v.

COUNTY OF CONTRA COSTA, et al.,

    Defendants.

No. C 12-04268 CRB

**ORDER DENYING ADMINISTRATIVE MOTION**

Defendant Stephen Tanabe's Administrative Motion to Set a Special Status Conference (dkt. 76) is DENIED.

**IT IS SO ORDERED.**

Dated: March 10, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE