United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN ARDA AKSU,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF CONTRA COSTA, et al.,<br><br>    Defendants. | No. C 12-04268 CRB<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT** |

Plaintiff Hasan Arda Aksu moves for partial summary judgment against Defendant Suzanne Porter, asserting that a Contra Costa Superior Court decision precludes Porter from litigating her liability in the instant action. See generally Mot. (dkt. 78). The Court finds this matter suitable for resolution without oral argument pursuant to Civil Local Rule 7-1(b), VACATES the hearing currently set for April 3, 2015, and DENIES the Motion. The elements of issue preclusion are not satisfied because the superior court did not decide the identical issues present in the instant action, nor were those issues necessary to the superior court's decision. See Cooper v. Ramos, 704 F.3d 772, 784 (9th Cir. 2012).

**IT IS SO ORDERED.**

Dated: April 2, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE