**GEARINGER LAW GROUP**
740 FOURTH STREET
SANTA ROSA, CALIFORNIA 95404
(415) 440-3102

BRIAN GEARINGER (STATE BAR #146125)
ALLISON B. FRIEDMAN (STATE BAR #236384)

**LAW OFFICES OF CASPER,
MEADOWS, SCHWARTZ & COOK**

2121 N. CALIFORNIA BLVD., SUITE 1020
WALNUT CREEK, CALIFORNIA
94596-7333
Tel. (925) 947-1147

ANDREW C. SCHWARTZ (STATE BAR #64578)

ATTORNEYS FOR PLAINTIFF HASAN ARDA AKSU

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN ARDA AKSU,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF CONTRA COSTA, SUZANNE PORTER, TERRENCE THOMPSON, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., STEPHEN TANABE, SHERIFF DAVID LIVINGSTON and DOES ONE to FIFTY, inclusive.<br><br>　　　　　Defendants. | Case No. C 12-4268 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS SUZANNE PORTER AND TERRENCE THOMPSON ONLY**<br>[F.R.C.P. 41(a)(2)]<br><br>Date Action Filed:　August 13, 2012<br>Trial Date:　**October 5, 2015** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Hasan Arda Aksu ("Plaintiff") and Defendants Suzanne Porter and Terrence Thompson ("Defendants"), through their respective counsel of record, as follows:

Plaintiff's August 13, 2012 Complaint for Damages for Violations of Civil Rights and Other Wrongs ("Complaint"), is dismissed with prejudice as to Defendants only, pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff and Defendants will bear their own attorneys' fees and costs in connection with this action.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

///

| | | |
|---|---|---|
| 1 | Dated: July 21, 2015 | GEARINGER LAW GROUP |
| 2 | | |
| 3 | | By: /s/ Brian Gearinger |
| 4 | | BRIAN GEARINGER<br>ALLISON B. FRIEDMAN |
| 5 | | ATTORNEYS FOR PLAINTIFF HASAN ARDA AKSU |
| 6 | | |
| 7 | Dated: July 21, 2015 | SINUNU BRUNI LLP |
| 8 | | |
| 9 | | By: /s/ James N. Sinunu |
| 10 | | JAMES N. SINUNU<br>Attorneys for Defendants SUZANNE PORTER and |
| 11 | | TERRENCE THOMPSON |

**PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED AS FOLLOWS:**

Plaintiff Hasan Arda Aksu's August 13, 2012 Complaint for Damages for Violations of Civil Rights and Other Wrongs is dismissed with prejudice as to Defendants Suzanne Porter and Terrence Thompson only. Plaintiff and Defendants Suzanne Porter and Terrence Thompson will bear their own attorneys' fees and costs in connection with this action.

**IT IS SO ORDERED.**

Dated: July 27, 2015    By: _____
THE HONORABLE CHARLES R. BREYER
United States District Judge