**GEARINGER LAW GROUP**
740 FOURTH STREET
SANTA ROSA, CALIFORNIA 95404
(415) 440-3102

BRIAN GEARINGER (STATE BAR #146125)

**LAW OFFICES OF CASPER,
MEADOWS, SCHWARTZ & COOK**

2121 N. CALIFORNIA BLVD., SUITE 1020
WALNUT CREEK, CALIFORNIA
94596-7333
Tel. (925) 947-1147

ANDREW C. SCHWARTZ (STATE BAR #64578)

ATTORNEYS FOR PLAINTIFF HASAN ARDA AKSU

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN ARDA AKSU,<br><br>                    Plaintiff,<br><br>          v.<br><br>COUNTY OF CONTRA COSTA, SUZANNE PORTER, TERRENCE THOMPSON, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., STEPHEN TANABE, SHERIFF DAVID LIVINGSTON and DOES ONE to FIFTY, inclusive.<br><br>                    Defendants. | Case No. C 12-4268 CRB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS CHRISTOPHER BUTLER AND BENNY CHETCUTI, JR.**<br>[F.R.C.P. 41(a)(2)]<br><br>Date Action Filed:   August 13, 2012<br>Trial Date:          **October 5, 2015** |

   **IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Hasan Arda Aksu ("Plaintiff") and Defendants Christopher Butler and Benny Chetcuti, Jr. ("Defendants"), through their respective counsel of record, as follows:

   Plaintiff's August 13, 2012 Complaint for Damages for Violations of Civil Rights and Other Wrongs ("Complaint"), is dismissed with prejudice as to Defendants only, pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff and Defendants will bear their own attorneys' fees and costs in connection with this action.

   **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

/ / /

1

Dated:  September 17, 2015          GEARINGER LAW GROUP

2

3                                  By: /s/ Brian Gearinger
                                   BRIAN GEARINGER
4                                  ATTORNEYS FOR PLAINTIFF HASAN ARDA AKSU

5

6

Dated:  September 17, 2015          STEELE, GEORGE, SCHOFIELD & RAMOS, LLP

7

8

9                                  By:   /s/ Geoffrey Wm. Steele
                                   GEOFFREY WM. STEELE
10                                 Attorneys for Defendants CHRISTOPHER BUTLER and
                                   BENNY CHETCUTI, JR.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED AS FOLLOWS:**

Plaintiff Hasan Arda Aksu's August 13, 2012 Complaint for Damages for Violations of Civil Rights and Other Wrongs is dismissed with prejudice as to Defendants Christopher Butler and Benny Chetcuti, Jr. only. Plaintiff and Defendants Christopher Butler and Benny Chetcuti, Jr. will bear their own attorneys' fees and costs in connection with this action.

**IT IS SO ORDERED.**

Dated:  September 24, 2015                    By: _____

THE HONORABLE CHARLES R. BREYER
United States District Judge