**GEARINGER LAW GROUP**
740 FOURTH STREET
SANTA ROSA, CALIFORNIA 95404
(415) 440-3102

BRIAN GEARINGER (STATE BAR #146125)

**LAW OFFICES OF CASPER, MEADOWS, SCHWARTZ & COOK**

2121 N. CALIFORNIA BLVD., SUITE 1020
WALNUT CREEK, CALIFORNIA
94596-7333
Tel. (925) 947-1147

ANDREW C. SCHWARTZ (STATE BAR #64578)

ATTORNEYS FOR PLAINTIFF HASAN ARDA AKSU

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN ARDA AKSU,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF CONTRA COSTA, SUZANNE PORTER, TERRENCE THOMPSON, CHRISTOPHER BUTLER, BENNY CHETCUTI, JR., STEPHEN TANABE, SHERIFF DAVID LIVINGSTON and DOES ONE to FIFTY, inclusive.<br><br>Defendants. | Case No. C 12-4268 CRB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANT STEPHEN TANABE**<br>[F.R.C.P. 41(a)(2)]<br><br>Date Action Filed:   August 13, 2012<br>Trial Date:                **Not set.** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff Hasan Arda Aksu ("Plaintiff") and Defendant Stephen Tanabe ("Defendant"), through their respective counsel of record, as follows:

Plaintiff's August 13, 2012 Complaint for Damages for Violations of Civil Rights and Other Wrongs ("Complaint"), is dismissed with prejudice as to Defendant only, pursuant to Federal Rule of Civil Procedure 41(a)(2). Plaintiff and Defendant will bear their own attorneys' fees and costs in connection with this action.

The parties understand that with this dismissal, the entire action is resolved. Accordingly, the parties request that the Court vacate the Status Conference currently set for **October 23, 2015**

at 10:00am.

      **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated:  October 16, 2015        GEARINGER LAW GROUP


By: /s/ Brian Gearinger
BRIAN GEARINGER
ATTORNEYS FOR PLAINTIFF HASAN ARDA AKSU


Dated:  October 16, 2015        EDRINGTON, SCHIRMER & MURPHY LLP


By:     /s/ Keith R. Schirmer
KEITH R. SCHIRMER
JULIA LEVITSKAIA
Attorneys for Defendant STEPHEN TANABE

1  **PURSUANT TO THE ABOVE STIPULATION, IT IS ORDERED AS FOLLOWS:**

2  Plaintiff Hasan Arda Aksu's August 13, 2012 Complaint for Damages for Violations of Civil Rights and Other Wrongs is dismissed with prejudice as to Defendant Stephen Tanabe. Plaintiff and Defendant Stephen Tanabe will bear their own attorneys' fees and costs in connection with this action.

**IT IS SO ORDERED.**

Dated: October 19, 2015                          By: _____
                                                 THE HONORABLE CHARLES R. BREYER
                                                 United States District Judge